**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6265**

WILLIAM SCOTT DAVIS, JR.,

　　　　　　Petitioner - Appellant,

　　　v.

WILLIAM P. BARR, USAG; JAMES W. GARNETT, JR., Piedmont Regional Jail Chairman; PAUL SEGRUE, USMS Deputy; USMS DEPUTY ADAMS; DONALD HUNTER, Superintendent; CAPTAIN UNKNOWN; MAJOR UNKNOWN,

　　　　　　Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:17-cv-00514-MSD-DEM)

Submitted: July 16, 2019　　　　　　　　　　　　Decided: July 18, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his postjudgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Sessions*, No. 2:17-cv-00514-MSD-DEM (E.D. Va. Feb. 1, 2019). We deny Davis' motion to consolidate his pending cases. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
